# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

IN RE: TROOPER TRUCKING, LLC,            CASE NO. 4:24-bk-11984
                                                                                   **(Chapter 7)**
**Debtor.**

Pursuant to Bankruptcy Rule 2002, Arvest Bank, a creditor in the above entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, whether sent by the Court, the Debtor(s) or any other party in the case, be sent to the undersigned at the address given below; and pursuant to Rule 2002(g), the following be added to the Court's Master Mailing List:.

Branch T. Fields
Lax, Vaughan, Fortson, Rowe & Threet, P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, AR 72212

DATED: July 19, 2024.

                                         Respectfully submitted,

                                         LAX, VAUGHAN, FORTSON,
                                           ROWE & THREET, P.A.
                                         Cantrell West Building
                                         11300 Cantrell Road, Suite 201
                                         Little Rock, AR 72212
                                         Phone: (501) 376-6565
                                         FAX: (501) 376-6666

                                         By:   /s/ Branch T. Fields
                                                  Branch T. Fields (2008143)
                                                  Attorneys for Arvest Bank

**CERTIFICATE OF SERVICE**

The foregoing notice of appearance was filed electronically with the Bankruptcy Court's CM/ECF filing system on this 19th day of July, 2024, and upon filing interested parties associated with this bankruptcy proceeding received an electronic notice of its filing.

                                         */s/ Branch T. Fields*
                                         Branch T. Fields